UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
ABDULLAH ABDULMALEK ALMUNTASSER et al.,   :
:
                       Plaintiffs,     :          21-CV-8908 (JMF)
:
     -v-                                   :             ORDER
:
SECRETARY ALEJANDRO MAYORKAS et al.,   :
:
                       Defendants.    :
:
-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In view of the parties' agreement to ask the Board of Immigration Appeals to remand Plaintiffs' petition to U.S. Citizenship and Immigration Services for re-adjudication, *see* ECF No. 9, the above titled action is administratively closed subject to the right of either party to reopen within 30 days of termination of the administrative proceedings. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to terminate ECF No. 9 and close the case.

       SO ORDERED.

Dated: January 5, 2022                            _____
      New York, New York                        JESSE M. FURMAN
                                                   United States District Judge